IRMA SALTZSIEDER, by OSCAR WAGNER, Her Guardian ad Litem, Appellant, *v.* FREDERICK W. SALTZSIEDER et al., Respondents, and MARIE SALTZSIEDER et al., Appellants, Impleaded with Another.

(Submitted March 5, 1917; decided March 13, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 219 N. Y. 523.)